No. 1927. EL PUEBLO, APELADO, *v.* VAYANILLA, APELANTE. Corte de Distrito de Guayama. Homicidio voluntario. No

existe pliego de excepciones ni relación de hechos, no habiéndose radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.